# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 27, 2015

## NO. 03-12-00558-CV

**Happy Jack Ranch, Inc. and Frederick J. Behrend, Appellants**

**v.**

**HH&L Development, Inc.; Matthew Stolhandske, Trustee; Michael Strnad, Appellees**

### APPEAL FROM 22ND DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
### REFORMED AND, AS REFORMED, AFFIRMED --
### OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on May 22, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was error in the trial court's judgment awarding Michael Strnad attorney's fees. Therefore, the Court reforms the trial court's judgment to delete the award of attorney's fees. The Court affirms the judgment as reformed. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.